

# Fourth Court of Appeals
## San Antonio, Texas

November 22, 2019

No. 04-19-00464-CR

Troy David **CAMPEAU**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 16-755-CR
Honorable Kirsten Cohoon, Judge Presiding

# O R D E R

On June 11, 2019, Appellant Troy D. Campeau, who had been represented by retained counsel in the trial court, filed a pro se notice of appeal. On August 8, 2019, Campeau filed an affidavit of indigence in the trial court and requested appointed counsel on appeal. On August 13, 2019, the trial court denied his motion.

On August 1, 2019, the clerk's record was filed. On September 6, 2019, a supplemental clerk's record was filed, and on October 8, 2019, the reporter's record was filed. Thus, appellant's brief was due to be filed on November 7, 2019. *See* TEX. R. APP. P. 38.6(a). No brief or motion for extension of time has been filed. *See* TEX. R. APP. P. 38.6(d). We therefore ORDER appellant to file his brief on or before **December 12, 2019.**

If appellant does not file his brief by the date ordered, we will abate this appeal for an abandonment hearing pursuant to Texas Rule of Appellate Procedure 38.8(b). *See* TEX. R. APP. P. 38.8(b).

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of November, 2019.



MICHAEL A. CRUZ,
Clerk of Court